UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KAREEM MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1183 HEA |
| | ) | |
| UNKNOWN LAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without

prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be

taken in good faith.

Dated this 5th day of August, 2009.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE